# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| In the Matter of an Application to<br>Enforce an Administrative Subpoena of the<br><br>U.S. Commodity Futures Trading Commission<br>525 West Monroe Street, Suite 1100<br>Chicago, Illinois 60661<br><br>                Applicant,<br>    v.<br><br>InfoFox, LLC<br>20261 Acacia Street #200<br>Newport Beach, CA 92660<br><br>                Respondent. | Misc. Action Number: 12-cv-04468<br><br>Hon. John F. Grady |

## CFTC'S MOTION TO DISMISS WITHOUT PREJUDICE ITS SUBPOENA ENFORCEMENT ACTION AGAINST RESPONDENT INFOFOX, LLC

Applicant Commodity Futures Trading Commission ("Commission" or "CFTC") moves this Court to dismiss without prejudice this subpoena enforcement action against InfoFox, LLC (InfoFox). In support of this motion, the Commission states as follows:

1. On June 8, 2012, the Commission filed an Application for an Order to Show Cause and an Order Requiring Compliance with Administrative Subpoena issued to InfoFox pursuant to the Commission's investigation entitled "In the Matter of Certain Persons Engaged in Unlawful Retail Commodity Transactions." The subpoena enforcement action was initiated because InfoFox failed to provide Division of Enforcement ("Division") staff with any of the documents requested in the Commission's subpoena served on InfoFox on January 23, 2012.

2. On June 18, 2012, a corporate representative of InfoFox contacted Division staff and stated that InfoFox wished to comply with the Commission's subpoena. InfoFox produced documents responsive to the subpoena on June 20.

3. Based on representations made by InfoFox's representative, Division staff are satisfied that InfoFox has complied with its obligations under the Commission's subpoena. Accordingly, the CFTC respectfully requests that this Court to dismiss the instant subpoena enforcement action without prejudice.

4. A proposed Order, dismissing this action without prejudice, is attached.


Dated: July 9, 2012

Respectfully submitted,

/s/ Jennifer E. Smiley
Jennifer E. Smiley
Scott R. Williamson
Rosemary Hollinger
U.S. COMMODITY FUTURES
TRADING COMMISSION
Division of Enforcement
525 West Monroe Street, Suite 1100
Chicago, IL 60661
(312) 596-0530 (Smiley)
(312) 596-0714 (facsimile)
jsmiley@cftc.gov

## **CERTIFICATE OF SERVICE**

     I, Jennifer E. Smiley, an attorney, hereby certify that on July 9, 2012, I electronically filed applicant's Motion to Dismiss Without Prejudice Its Subpoena Enforcement Action Against Respondent InfoFox, LLC and caused it to be served by email on InfoFox, LLC (myeomans@infofoxllc.com).

|  | Respectfully submitted, |
|---|---|
| Date: July 9, 2012 | /s/ Jennifer E. Smiley<br>COMMODITY FUTURES<br>TRADING COMMISSION<br>525 W. Monroe Street, Suite 1100<br>Chicago, IL  60661<br>312-596-0530<br>jsmiley@cftc.gov |